## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:07-CR-436** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **LARRY REEVES a/k/a "TANK"** | : | |

## O R D E R

AND NOW, this 31st day of January, 2008, upon consideration of the government's motion to dismiss (Doc. 7), it is hereby ORDERED that, due to the death of the defendant, the Indictment filed on October 31, 2007, is hereby DISMISSED.


  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge